FILED

2014 MAY 21 AM 10: 29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY...

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America PLAINTIFF(S) v. Christian Shulman DEFENDANT(S). | CASE NUMBER **14-1011M** 2:14-mj-30240 AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: Criminal complaint
in the Eastern District of Michigan on 05/20/2014
at 0930 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about Unknown
in violation of Title 18 U.S.C., Section(s) 1591, 2252A
to wit: Child Pornography, Production, Distribution, & Reciept.

A warrant for defendant's arrest was issued by: Eastern District of Michigan

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on ___5/21/14___, by

_____, Deputy Clerk.

_____June Liu_____
Signature of Agent

_____June Liu_____
Print Name of Agent

_____DHS/ICE/HSI_____
Agency

_____Special Agent_____
Title

CR-52 (05/98)      AFFIDAVIT RE OUT-OF-DISTRICT WARRANT

FILED

2014 MAY 21 AM 10: 29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V. PLAINTIFF | 2:14-mj-30240 14-1011M |
| Christian Shulman DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: May 21, 2014  6:02  ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 USC 1591 + 2252A Prod, Receipt + Dist of Child Porn

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1987

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Charles Griffin

10. Remarks (if any): _____

11. Name: June Liu  (please print)

12. Office Phone Number: (805) 431-2127   13. Agency: DHS/HSI/ICE

14. Signature: June Liu   15. Date: 5/21/2014

CR-64 (2/14)  REPORT COMMENCING CRIMINAL ACTION

```
 1  ANDRÉ BIROTTE JR.
    United States Attorney                    ORIGINAL
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    MÓNICA M. RAMÍREZ (Cal. Bar No. 234893)
 4  Assistant United States Attorney
    General Crimes Section
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone:  (213) 894-6681
 7       Facsimile:  (213) 894-0141
         E-mail:     Monica.Ramirez2@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
MAY 21 2014
CENTRAL DISTRICT OF CALIFORNIA
BY NB DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-1011 m |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION |
| v. | |
| CHRISTIAN SHULMAN, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

1. <u>Temporary 10-day Detention Requested (§ 3142(d)) on the following grounds:</u>

    ____ a. present offense committed while defendant was on release pending (felony trial), (sentencing), (appeal), or on (probation) (parole); or

|     |     |                                                                                                       |
| --- | --- | ----------------------------------------------------------------------------------------------------- |
|     | ___ | b. defendant is an alien not lawfully admitted for permanent residence; and                           |
|     | ___ | c. defendant may flee; or                                                                             |
|     | ___ | d. pose a danger to another or the community.                                                         |
| x   | 2.  | Pretrial Detention Requested (§ 3142(e)) because no condition or combination of conditions will reasonably assure: |
|     | x   | a. the appearance of the defendant as required;                                                       |
|     | x   | b. safety of any other person and the community.                                                      |
|     | 3.  | Detention Requested Pending Supervised Release/Probation Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a)): |
|     | ___ | a. defendant cannot establish by clear and convincing evidence that he/she will not pose a danger to any other person or to the community; |
|     | ___ | b. defendant cannot establish by clear and convincing evidence that he/she will not flee.             |
| X   | 4.  | Presumptions Applicable to Pretrial Detention (18 U.S.C. § 3142(e)):                                  |
|     | ___ | a. Title 21 or Maritime Drug Law Enforcement Act ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense with 10-year or greater maximum penalty (presumption of danger to community and flight risk); |
|     | ___ | b. offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or 2332b(g)(5)(B) with 10-year or greater maximum penalty (presumption of danger to community and flight risk); |

|   |   |   |
|---|---|---|
| 1 | ⊗ | c. offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4), 2260, 2421, 2422, 2423 or 2425 (presumption of danger to community and flight risk); |
| 6 | ____ | d. defendant currently charged with an offense described in paragraph 5a - 5e below, AND defendant was previously convicted of an offense described in paragraph 5a - 5e below (whether Federal or State/local), AND that previous offense was committed while defendant was on release pending trial, AND the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community). |
| 16 | X | 5. Government Is Entitled to Detention Hearing Under § 3142(f) If the Case Involves: |
| 18 | ____ | a. a crime of violence (as defined in 18 U.S.C. § 3156(a)(4)) or Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum sentence is 10 years' imprisonment or more; |
| 22 | ____ | b. an offense for which maximum sentence is life imprisonment or death; |
| 24 | ____ | c. Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more; |

3

d. any felony if defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present, or a combination or such offenses;

e. any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

X  f. serious risk defendant will flee;

g. serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so).

6. Government requests continuance of ____ days for detention hearing under § 3142(f) and based upon the following reason(s):

_____

_____

_____

_____

//
//

1 | \_\_\_\_\_ 7. Good cause for continuance in excess of three days exists
2 | in that:

3 | _____
4 | _____
5 | _____
6 | _____

8 | Dated: May 21, 2014        Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


     /s/
MÓNICA M. RAMÍREZ
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
MAY 21 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. ~~FT 100'~~ |
| Plaintiff, | ) | 14-1071 m |
| vs. | ) | ORDER OF DETENTION |
| Christian SHULMAN | ) | |
| Defendant. | ) | |

I

A. ( ) On motion of the Government in a case allegedly involving:

   1. ( ) a crime of violence.

   2. ( ) an offense with maximum sentence of life imprisonment or death.

   3. ( ) a narcotics or controlled substance offense with maximum sentence of ten or more years.

   4. ( ) any felony - where defendant convicted of two or more prior offenses described above.

      5.  (✗) any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.  ( ) On motion by the Government/ ( ) on Court's own motion, in a case allegedly involving:

    (✓) On the further allegation by the Government of:

    1.  (✓) a serious risk that the defendant will flee.

    2.  ( ) a serious risk that the defendant will:

      a.  ( ) obstruct or attempt to obstruct justice.

      b.  ( ) threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.  The Government (✗ is/ ( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

II

A.  (✓) The Court finds that no condition or combination of conditions will reasonably assure:

    1.  (✓) the appearance of the defendant as required.

  (✓ and/or)

    2.  (✓) the safety of any person or the community.

B.  (✓) The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

///

///

III

The Court has considered:

A. the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B. the weight of evidence against the defendant;

C. the history and characteristics of the defendant; and

D. the nature and seriousness of the danger to any person or the community.

IV

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

V

The Court bases the foregoing finding(s) on the following:

A. (✓) As to flight risk:
no verification of info from ∆; no bail resources; no ties to charging district; ltd. ties here

///
///
///

1  B.   (✓) As to danger:
2  _Presumption + nature of charges/weight of evidence._
3
4
5
6
7
8
9                              VI
10 A.   ( ) The Court finds that a serious risk exists the defendant
11 will:
12      1.   ( ) obstruct or attempt to obstruct justice.
13      2.   ( ) attempt to/ ( ) threaten, injure or intimidate a
14 witness or juror.
15 B.   The Court bases the foregoing finding(s) on the following:
16
17
18
19
20                             VII
21 A.   IT IS THEREFORE ORDERED that the defendant be detained prior
22 to trial.
23 B.   IT IS FURTHER ORDERED that the defendant be committed to the
24 custody of the Attorney General for confinement in a corrections
25 facility separate, to the extent practicable, from persons
26 awaiting or serving sentences or being held in custody pending
27 appeal.
28

1  C.  IT IS FURTHER ORDERED that the defendant be afforded
2  reasonable opportunity for private consultation with counsel.
3  D.  IT IS FURTHER ORDERED that, on order of a Court of the United
4  States or on request of any attorney for the Government, the
5  person in charge of the corrections facility in which defendant
6  is confined deliver the defendant to a United States marshal for
7  the purpose of an appearance in connection with a court
8  proceeding.

11 DATED: 5/21/14                 _____
12                                RALPH ZAREFSKY
                                  UNITED STATES MAGISTRATE JUDGE

14 S:\RZ\CRIMDUTY\Forms\Dtn Ord (Sept 06).wpd

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Christian Shulman DEFENDANT. | CASE NUMBER: 14-1011 M |
|---|---|
| | WAIVER OF RIGHTS (OUT OF DISTRICT CASES) |

I understand that charges are pending in the **Eastern** District of **Michigan** alleging violation of **18 USC 1591 2252(a)(2)** and that I have been arrested in this district and
*(Title and Section / Probation / Supervised Release)*
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:
(1)  have an identity hearing to determine whether I am the person named in the charges;
(2)  arrival of process;

*-Check one only-*

☒ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
(3)  have a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4)  request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐ **PROBATION OR SUPERVISED RELEASE CASES:**
(3)  have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☒ have an identity hearing
☒ arrival of process
☒ have a preliminary hearing
☐ have an identity hearing, and I have been informed that I have no right to a preliminary hearing
☐ have an identity hearing, but I request that a preliminary hearing be held in the prosecuting district.

_____
Defendant

_____
Defense Counsel

Date: 5/21/14

_____
United States Magistrate Judge

I have translated this Waiver to the defendant in the _____ language.

Date: _____

_____
Interpreter (if required)

M-14 (09/09)   WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 14-1011M |
| v. | |
| CHRISTIAN SHULMAN, | **FINAL COMMITMENT AND WARRANT OF REMOVAL** |
| | EASTERN District of MICHIGAN |
| DEFENDANT(S). | At DETROIT |
| | (City) |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after the filing of a(n):

- ☐ Indictment
- ☐ Information
- ☑ Complaint
- ☐ Order of court
- ☐ Pretrial Release Violation Petition
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice

charging him or her with (brief description of offense) Production of Child Pornography; Distribution and Receipt of Child Pornography

☑ in violation of Title 18 United States Code, Section (s) 1591; 2252A(a)(2)

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

The defendant has now:
- ☑ duly waived arrival of process.
- ☑ duly waived identity hearing before me on MAY 21, 2014.
- ☑ duly waived preliminary hearing before me on MAY 21, 2014.
- ☐ had a preliminary hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
- ☐ had an identity hearing before me on _____, and it appears that the defendant is the person named as charged, and:
  - ☐ Bail has been set at $_____ but has not been posted.
  - ☐ No bail has been set.
  - ☑ Permanent detention has been ordered.
  - ☐ Temporary detention has been ordered.

Date: 5/27/14

United States Magistrate Judge

### RETURN

Received this commitment and designated prisoner on _____, and on (1120) _____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

Date _____  Deputy _____

M-15 (01/09)  FINAL COMMITMENT AND WARRANT OF REMOVAL